ALBERT L BRINKMAN 65738
Name

EMERGENCY FILING - EXPIDITED REVIEW REQUESTED

E.D.C.F., P.O. Box 311

EL DORADO, KANSAS, 67042
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| ALBERT L BRINKMAN, Plantiff (Full Name) | CASE NO. 18-3246-SAC (To be supplied by the Clerk) |
|---|---|
| V. | |
| JAYMEE HABERER, ET. AL., Defendant (s) | CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

VERIFIED COMPLAINT / JURY TRIAL demanded

A. JURISDICTION

1) ALBERT L. BRINKMAN (Plaintiff), is a citizen of MONTANA (State)

who presently resides at E.D.C.F. P.O. Box 311, EL DORADO, KANSAS (Mailing address or place of confinement.)

All Defendants are sued in "OFFICIAL" and "INDIVIDUAL" CAPACITY

2) Defendant #1 JAYMEE HABERER (Name of first defendant) is a citizen of

EL DORADO, KANSAS (City, State), and is employed as

CORIZON CO., CMA (STATE EMPLOYEE, K.D.O.C.) (Position and title, if any). At the time the

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

STATE EMPLOYEE; CORIZON CO., "CMA", A COMPANY (CMA = CERT. MED. ASSISTANT)
CONTRACTED TO PROVIDE MEDICAL CARE FOR THE K.D.O.C.

1

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

3) Defendant #2 JOE NORWOOD _____ is a citizen of
(Name of second defendant)

TOPEKA, KANSAS _____, and is employed as
(City, state)

SECRETARY OF CORRECTIONS, K.D.O.C. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

STATE EMPLOYEE, (EMBODYMENT OF K.D.OC. AS A STATE GOV'T AGENCY)

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

A.D.A./R.A.

## B. NATURE OF THE CASE

1) Briefly state the background of your case: PHYSICAL PAIN(S) MENTAL (EMOTIONAL + RIGHTS) CORIZON CO. PROVIDES K.D.O.C. MEDICAL SERVICES, AND HAS "CMA"(CERT. MED. ASSIST.) WHO ISSUE MEDS, BUT ACT UNCLEAN, AND INTERFERES WITH PRESCRIBED TREATMENTS, BY ISSUING WRONG MEDS, AND/OR WITHOLDING MEDS AS A PUNISHMENT FOR COMPLAINTS. THE CHAIN-OF-COMMAND SUPERVISORS ARE TOLD BUT DO NOT CORRECT IT, (BUT, DO SAY IT IS NOT RIGHT, BUT, DO NOTHING TO STOP IT). THE DENYING OF MEDS FOR HEART STINTS; AORTIC STINTS; B.P.; PAIN, INTENTIONALLY SADISTICALLY, MALICIOUSLY DONE, VIOLATES 8TH AMEND. & PLAINTIFF'S A.D.A./R.A., & 1st AMENDMENT RIGHTS (& DENYS THE CONST. RIGHTS ALSO, AS A LOSS/DAMAGE)

2

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

**B. DEFENDANTS, CONTINUED....**

ALL DEFENDANTS ACT UNDER COLOR OF LAW AND ARE SUED IN OFFICIAL AND INDIVIDUAL CAPACITY.

| # | # | NAME OF DEFENDANT | IS EMPLOYED AS | EMPLOYED AT |
|---|---|---|---|---|
| 1 | | NAME OF DEFENDANT | IS EMPLOYED AS | EMPLOYED AT |
| 2 | 3 | PAUL SNYDER | WARDEN OF E.D.C.F. | E.D.C.F., EL DORADO, KS. |
| 3 | 4 | DEANN DONLEY | DEP. WARDEN OF PROGRAMS EDCF | " " " |
| 4 | 5 | CONNIER, DELPERDANG | "D.O.N." DIRECTOR of NURSING AT E.D.C.F. | " " " |
| 5 | 6 | LATRINA, M. RICKS | CORIZON CO., "CMA", AT E.D.C.F. | " " " |
| 6 | 7 | CORIZON CO. | MEDICAL PROVIDER FOR K.D.O.C. | CENTRAL OFFICE, TOPEKA, KS. |
| 7 | 8 | MARY EINERSON | AT E.D.C.F. HEALTH SITE ADMINISTRATOR ("H.S.A.") | E.D.C.F., EL DORADO, KS. |
| 8 | 9 | BRITTNEY, S. BULLOCK | "A.D.O.N." ASSIST. DIR. OF NURSING AT E.D.C.F. | " " " |
| 9 | 10 | | | |
| 10 | 11 | | | |
| 11 | 12 | | | |
| 12 | 13 | | | |
| 13 | 14 | | | |
| 14 | 15 | | | |
| 15 | 16 | | | |
| 16 | 17 | | | |
| 17 | 18 | | | |
| 18 | 19 | | | |
| 19 | 20 | | | |
| 20 | 21 | | | |
| 21 | 22 | | | |
| 22 | 23 | | | |
| 23 | 24 | | | |
| 24 | 25 | | | |
| 25 | 26 | | | |
| 26 | 27 | | | |
| 27 | 28 | | | |
| 28 | 29 | | | |

2-A

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts:)

A) (1) Count I: 8th AMENDMENT, (INTENTIONALLY INTERFERING WITH THE TREATMENT ONCE PRESCRIBED)

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): PLAINTIFF SUFFERS FROM a diagnosed VARIETY OF PHYSICAL, AND MENTAL/EMOTIONAL, CONDITIONS, THAT HAS ON GOING, PRESCRIBED, TREATMENTS, OF MEDICATIONS, AND OR MEDICAL ORDERS, (FOR YEARS NOW), AS MEDICAL CARE. (CONTINUED ON PAGE 3.1)

B) (1) Count II: 8th AMENDMENT, CRUEL AND UNUSUAL PUNISHMENT, denying "INFORMED CONSENT", INFLICTING: "Technical ASSAULT AND BATTERY"

(2) Supporting Facts: PLAINTIFF RESTATES AND INCORPORATES "COUNT I", HERE, IN FULL, BY REFERENCE. All NAMED deFENDANTS IN COUNT I, HAVE conduct VIOLATING THIS CONST. RIGHT ALSO.

3

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

## COUNT I, CONTINUED...

...DEFENDANT, CORIZON CO., PROVIDES MEDICAL CARE SERVICES FOR K.D.O.C., AND HAS "CMA"S, (CERT. MED. ASSISTANTS), PASS PILLS TO INMATES. THE K.D.O.C., KS., ACCEPTS FEDERAL FUNDS. PLAINTIFF HAS HEART STINTS; AORTIC ANEURYSM(S); AORTIC STINTS; COENARY ARTERY DISEASE; HYPERTENSION; HIGH CHOLESTEROL; COLITIS/IBS; STOMACH DISORDERS; ARTHRITIS; DEGENERATIVE DISC DISEASE; SCIATICA; EATING DISORDER; PTSD; PANIC ATTACK DISORDER; ASTHMA/C.O.P.D; AND OTHER MEDICAL CONDITIONS. PLAINTIFF IS PRESCRIBED TREATMENTS OF ABOUT 20 DOSES OF MEDICATIONS DURING THE DAY, FOR CARE OF CONDITIONS. BECAUSE OF PLAINTIFF'S CONDITIONS, BLOOD PRESSURE MEDICATIONS ARE EXTREMELY IMPORTANT, AS HIGH B.P. CAN CAUSE BIFERCATION OF ART STINT SITES, CAUSING DEATH. WHEN IN PAIN, AND STRESSED, PLAINTIFF HAS B.P. READINGS OF 220/110, RECORDED. PLAINTIFF'S DOCTORS HAVE TOLD HIM BLOOD THINNERS ARE VITAL, (PLAVIX, AND ASPRIN), AND "CRITICAL", FOR HIS LIFE, AS CLOTS CAN CAUSE STROKE, OR AND, DEATH, STATED MATTERS DOCTORS HAVE GIVEN REPEAT WARNINGS OF, SO THAT FAILURE TO TAKE THOSE MEDS, CAUSES PLAINTIFF, GREAT STRESS, AND TERROR, ABOVE THAT OF, "MISSING OUT" ON DOSES OF LASIX; LISINOPRIL; METOPROLOL; HYDROCHLOROTHIAZIDE, DOES. PLAINTIFF HAS HISTORY WHERE HIGH STRESS TRIGGERS ASTHMA/C.O.P.D., ATTACKS, AND OR, PANIC ATTACKS. ON APPROX. 6/19/18, CMA, DEFENDANT HABERER CAME TO PLAINTIFF'S CELL, AND DUMPED PILLS IN CUP SHE ORDERED PLAINTIFF TO PUT OUT. WHEN CUP WAS PULLED IN (TO TAKE MEDS), IT WAS SHORTED THE PLAVIX, AND ASPRIN. WHEN PROTESTING THAT PILLS WERE NOT RIGHT, HABERER SAID IT WAS, AND WALKED AWAY, DENYING PLAVIX; ASPRIN; (LIFE SUSTAINING MEDS). PLAINTIFF FILED GRIEVANCES TO CHAIN-OF-COMMAND, TO INCLUDE DEFENDANTS: DELPERDANG; EINERSON; DONLEY; NORWOOD; SMITH; BUCHANAN; HABERER; RANDOLPH; SNYDER, AND THE FINAL RESPONSE WAS, "RECOMMED THE SITE HEALTHCARE TEAM ENSURE THAT THE OFFENDER'S MEDICATIONS ARE GIVEN ON TIME AND CONSISTENTLY", ISSUED ON AUG. 10, 2018, TO THE WARDEN'S OFFICE, (SNYDER), BUT BY THAT TIME, HABERER, HAD DENIED THE MEDICATIONS ON APPROX. 7/7/18, DENYING PLAINTIFF HIS LIFE SUSTAINING MEDS OF BLOOD THINNERS, B.P. MEDS, DENYING PRESCRIBED PAIN MEDS, YET AGAIN. PLAINTIFF IS FORCED TO CONSUME A "SLUSH CUP", OF "MYSTERY MEDS", THAT MAY NOT BE INVENTORIED, BECAUSE DEMANDING VISUAL INVENTORY, BEFORE PUT INTO CUP, CAUSES HABERER TO SAY IT'S REFUSED, AND WALK AWAY, (DENYING MEDS). BECAUSE DEFENDANTS: CORIZON CO.; BULLOCK; DELPERDANG; EINERSON; SNYDER; NORWOOD, WILL NOT CORRECT HABERER, PLAINTIFF IS MALICIOUSLY AND SADISTICALLY DENIED MEDS FOR PAIN, AND THOSE MENT TO PREVENT STROKE, AND OR DEATH, AS AN ONGOING, "POLICY, PRACTICE, CUSTOM" OF EINERSON; HABERER; CORIZON CO.; NORWOOD, WHO ARE AWARE, BUT SUPPORT, AND OR DIRECT, THE CONDUCT, BY ALLOWING IT TO CONTINUE, AND (AS HABERER CLAIMS) ARE WHO, INSTRUCT "NO CHECKING OF MEDICATIONS", AND PLAINTIFF, DOES WHAT HE IS TOLD, OR GOES W/O MEDS". BECAUSE PLAINTIFF CAN DIE (OR STROKE) FROM THIS DENIAL OF TREATMENTS, HE IS IN IMMINENT DANGER OF DEATH, IN VIOLATION OF THE 8TH AMENDMENT. BECAUSE HABERER WITHHOLDS PAIN MEDS, SHE, INTENTIONALLY, UNNECESSARILY, CAUSES THE WANTON INFLICTION OF PAIN, DENYING PLAINTIFF'S 8TH AMEND. RIGHTS. BECAUSE PLAINTIFF IS BEING DENIED, "INFORMED CONSENT", AS TO MEDS TAKEN IN VIOLATION OF THE 8TH AMENDMENT. REFUSAL OF TREATMENT UNLESS COMPLYING WITH BLINDLY TAKING WRONG, AND OR UNWANTED, MEDS, IS DEFACTO "DELIBERATE INDIFFERENCE", PROSCRIBED BY THE 8TH AMEND., AND, FORCING PLAINTIFF TO SUBMIT TO IT, TO ESCAPE POSSIBLE DEATH, IS "TECH. ASSAULT/BATTERY", OF "FORCED MEDICATION". DENYING PLAINTIFF THE TREATMENT PRESCRIBED, DENYS PLAINTIFF THE BENIFITS OF THE MEDICAL CARE PROGRAM, SERVICES, ACTIVITIES, SO THAT IT HAS EFFECT, OF TOTALLY DENYING ACCESS TO IT, AS IF HE HAD NEVER GONE AT ALL, DENYING PLAINTIFF HIS RIGHTS UNDER THE A.D.A./R.A.. PLAINTIFF HAS GLOBAL, BODY JOINT PAIN, & NECK, JAW, HAND, HEAD, EXTREME PAIN W/O MEDS, CAUSING MOBILITY ISSUES. HABERER DENIED ALL MEDS ON 9/12/18, & IT IS CONTINUING. ON 9/13/18, HABERER DENIED ALL MEDS BECAUSE I ASKED TO CHECK THEM

PAGE 3.1

C) (1) Count III: A.D.A./R.A PLAINTIFF IS DENIED ACCESS TO MEDICAL SERVICES, PROGRAMS, SERVICES, DUE TO DISCRIMINATION OF DISABILITIES, AND ALL OTHER ACTIVITIES MADE DIFFICULT, $OR DANGEROUS

(2) Supporting Facts: PLAINTIFF RESTATES "COUNT I", HEREIN FULL, AND INCORPORATES IT FULLY, BY REFERENCE. ALL THE SAME DEFENDANTS FROM COUNT I, HAVE CONDUCT THAT VIOLATES PLAINTIFF'S ACCESS TO MEDICAL & ALL MOBILITY PROGRAMS, SERVICES, ACTIVITIES, OF K.D.O.C.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) I DO NOT HAVE RECORDS BUT, IT IS 16? OR MORE, AND I AM BEING CONSIDERED AS A "3 STRIKES". THIS ACTION IS FILED UNDER "IMMINENT DANGER OF INJURY".

   a) Parties to previous lawsuit:

   Plaintiffs: A. BRINKMAN

   Defendants: J. NORWOOD

   b) Name of court and docket number  18-CV-03136-SAC

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  PENDING, CONSIDERING DANGER ISSUES

   d) Issues raised  STAFF ASSAULTING PLAINTIFF (8TH & A.D.A./R.A.); 1ST AMEND + RLUEPA

e) Approximate date of filing lawsuit  AMEND. Filed  8/30/18

f) Approximate date of disposition  NONE YET

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

SEVERAL GRIEVANCES HAVE BEEN FULLY PROCESSED TO NORWOOD, (BOTH STANDARD AND EMERGENCY), BUT NO ACTUAL ENFORCEMENT HAS HAPPENED, - THE GRIEVANCE SYSTEM HAS BEEN MADE "UNAVAILABLE" SO THAT FILINGS ARE DONE IN SPITE OF STAFF DENIALS; RETALIATIONS; BLOCKING POSTAGE, ETC.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: DECLARATORY AND OR INJUNCTIVE RELIEF, COMPENSATORY; MONETARY; PUNITIVE; NOMINAL; PRESUMED; ANNOYANCE; ANXIETY; HARASSMENT; EXEMPLARY - DAMAGES, MENTAL/EMOTIONAL ANGUISH, THE LOSS OF THE CONST. RIGHTS, THEMSELF, AND OR "ACTS" OF FED. GOV. GRANTED RIGHTS, AS ALL HAVE INDEPENDANT VALUE, ANY OTHER RELIEF DUE, AND OR, THE COURT FINDS, JUST; FAIR; POSSIBLE TO MAKE PLAINTIFF WHOLE

_____        _____
Signature of Attorney (if any)        Signature of Petitioner

- VERIFIED COMPLAINT -
I, ALBERT L. BRINKMAN, DECLARES UNDER PENALTY OF PERJURY THAT HE IS PLAINTIFF IN ABOVE ACTION, AND THAT INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE, INFORMATION, AND BELIEF, EXECUTED IN BUTLER CO., AT E.D.C.F. ON:
9/13/18, BY: _____ PRO SE, PLAINTIFF

(Attorney's full address and telephone number)

5